| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **Misc. Docket AG No. 33** |
| **ANITHA WILEEN JOHNSON** | * | **September Term, 2021** |

## ORDER

Upon consideration of the "Petition for Disciplinary or Remedial Action and Request for Immediate Temporary Suspension Pending Final Disposition in the District of Columbia," and attachments thereto, and the Respondent's response to this Court's Order to Show Cause, it is this 19th day of November, 2021

**ORDERED**, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d)(2), that Anitha Wileen Johnson, Respondent, is hereby temporarily suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Anitha Wileen Johnson from the register of attorneys in this Court and comply with the notice provisions of Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Joseph M. Getty
Chief Judge